[Cite as *State v. Mays*, 2014-Ohio-2637.]

# Court of Appeals of Ohio

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 99150**

## STATE OF OHIO

PLAINTIFF-APPELLEE

vs.

## TRACY MAYS

DEFENDANT-APPELLANT

---

## JUDGMENT:
### APPLICATION DENIED

---

Cuyahoga County Court of Common Pleas
Case No. CR-559249
Application for Reopening
Motion No. 474342

**RELEASE DATE:** June 17, 2014

**FOR APPELLANT**

Tracy Mays, pro se
P.O. Box 231
Centralia, Illinois 62801


**ATTORNEYS FOR APPELLEE**

Timothy J. McGinty
Cuyahoga County Prosecutor

By:     Diane Smilanick
Assistant County Prosecutor
Justice Center, 9th Floor
1200 Ontario Street
Cleveland, Ohio   44113

EILEEN T. GALLAGHER, J.:

{¶1} Tracy Mays has filed a second application for reopening pursuant to App.R. 26(B). Mays is attempting to reopen the appellate judgment rendered in *State v. Mays*, 8th Dist. Cuyahoga No. 99150, 2013-Ohio-4031. That appeal affirmed his conviction for the offense of domestic violence.

{¶2} Mays is permitted to file only one application for reopening with regard to a specific appeal. Mays has already filed an App.R. 26(B) application for reopening, with regard to appeal No. 99150, on December 2, 2013. The initial application for reopening was denied on February 28, 2014. *See State v. Mays*, 8th Dist. Cuyahoga No. 99150, 2014-Ohio-814. There exists no right to file a second or successive application for reopening under App.R. 26(B). *State v. Cooey*, 99 Ohio St.3d 345, 2003-Ohio-3914, 792 N.E.2d 720; *State v. Williams*, 99 Ohio St.3d 179, 2003-Ohio-3079, 790 N.E.2d 299; *State v. Cheren*, 73 Ohio St.3d 137, 1995-Ohio-28, 652 N.E.2d 707; *State v. Peeples*, 73 Ohio St.3d 149, 1995-Ohio-36, 652 N.E.2d 717.

{¶3} Application denied.


EILEEN T. GALLAGHER, JUDGE

MARY J. BOYLE, A.J., and
SEAN C. GALLAGHER, J., CONCUR